2232-2240 ACP Owner LLC v Teardrops of Elegance, Inc. (2022 NY Slip Op
51019(U))

[*1]

2232-2240 ACP Owner LLC v Teardrops of Elegance,
Inc.

2022 NY Slip Op 51019(U) [76 Misc 3d 138(A)]

Decided on October 19, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 19, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570260/22

2232-2240 ACP Owner LLC,
Petitioner-Respondent, 
against
Teardrops of Elegance, Inc., Gilda S. Cruz,
Respondents-Appellants.

Respondent Gilda S. Cruz appeals from an order of the Civil Court of the City of
New York, New York County (Jose A. Padilla, Jr., J.), entered March 1, 2022, which
denied her posteviction motion to be restored to possession in a commercial nonpayment
summary proceeding.

Per Curiam.
Order (Jose A. Padilla, Jr., J.), entered March 1, 2022, affirmed, without costs.
We find no abuse of discretion in the denial of respondent's application for
posteviction relief in this commercial nonpayment proceeding (see 52 Hamilton Place NYC Corp.
v Araman, 57 Misc 3d 152(A), 2017 NY Slip Op 51584(U) [App Term, 1st
Dept 2017]). Restoration relief is unavailable because four years have elapsed since the
eviction and a new tenant is in possession, who has not been made a party to this
proceeding (see Eight Assoc. v Hynes, 102 AD2d 746, 748 [1984], affd
65 NY2d 739 [1985]). In any event, respondent failed to establish good cause for the
relief sought, since she failed to comply with the terms of four stipulations of settlement,
and has neither alleged nor shown that she has paid any portion of the substantial rental
arrears that have accrued (see RPAPL 749(3); see also Matter of 1621 St. Nicholas Ave Owners LLC v Cruz,
146 AD3d 409, 410 [2017]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 19, 2022